**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | |
|---|---|
| In the matter of | Case No. **11-50716** |
| **ROBERT TURRIN**<br>**CAROLE TURRIN** | Chapter 7 |
| Debtor(s) | Judge **C. KATHRYN PRESTON** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of $7.47 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| OHIO SURGERY CENTER | 3 | $1.70 |
| INSIGHT | 6 | $1.14 |
| VERIZON WIRELESS | 8 | $4.63 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $7.47 |
| Total Unclaimed Dividends Over $25.00 | | $0.00 |

Dated:   10/28/2011                               /s/ SUSAN L. RHIEL

                                                              Susan L. Rhiel

cc: U.S. Trustee